440 A.2d 1240

Commonwealth v. Harris a/k/a Davis, Appellant.

Petition for Allowance of Appeal Denied Feb. 18, 1982.

Submitted August 31, 1981. John H. Corbett, Jr., Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BECK and WIEAND, JJ.

Judgment of sentence affirmed.

440 A.2d 1240

Commonwealth v. Heinhold, etc., Appellant.

Submitted November 14, 1980. Donald Calairo, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before PRICE, DiSALLE and MONTEMURO, JJ.

Judgment of sentence affirmed.

PRICE, J., did not participate in the consideration or decision of this case.